Nos. 3353, 3357. BOWKER FERTILIZER COMPANY *v.* WOODWARD, April Term, 1894. In the first number there was an order dismissing the appeal for want of prosecution, April 17, 1894, followed by consent order of April 19, 1894, No. 3357, dismissing the appeal.

No. 3358. STATE *v.* PATTERSON, April Term, 1894. Order for bail in a case of homicide in the sum of two thousand dollars, with not less than two nor more than five sureties, dated April 19, 1894.